*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f.  (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f.  (973) 244-0019

**Jones, Wolf & Kapasi LLC**
ATTORNEYS AT LAW

Joseph K. Jones, Esq.[††]
Benjamin J. Wolf, Esq.[††]
Anand A. Kapasi, Esq.[†]

[††]Admitted NY, NJ, CT
[†]Admitted NY, NJ

www.legaljones.com

Reply to:  New York

April 19, 2018

**VIA EMAIL and FIRST CLASS MAIL**
Peter G. Siachos, Esq.
Gordon & Rees, LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932

        **Re:**    **Marlyn Dow et al. v Frontline Asset Strategies, LLC**
                **Civil Case No.: 2:17-cv-06888**

Dear Mr. Siachos:

    I write on behalf of Plaintiff and the putative class. In accordance with the Court's Order issued today, I enclose a copy of the Order scheduling a settlement conference in this matter for May 23, 2018 at 11:15am.

    Should you have any further questions regarding this matter, please do not hesitate to contact me.

                Very truly yours,
                Jones, Wolf & Kapasi, LLC

                */s/ Benjamin J. Wolf*
                Benjamin J. Wolf

Encl.

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:17-cv-06888-SJF-AKT Dow v. Frontline Asset Strategies, LLC et al Order |
| **Date:** | Thursday, April 19, 2018 12:56:50 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/19/2018 at 12:56 PM EDT and filed on 4/19/2018

**Case Name:**       Dow v. Frontline Asset Strategies, LLC et al
**Case Number:**   2:17-cv-06888-SJF-AKT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The Court has determined that in light of the recent reassignment of this case to the undersigned, a status conference is warranted and, therefore, has scheduled a May 23, 2018 Status Conference at 11:15 a.m. in Courtroom 1010 of the Central Islip Federal Courthouse, located at 100 Federal Plaza in Central Islip, New York. The parties shall appear with authority, or with individuals with authority, to settle this matter. Plaintiff(s) shall serve a copy of this Order upon Defendant(s) and file proof of such service with the Court.. Ordered by Judge Sandra J. Feuerstein on 4/19/2018. c/ECF (Killigrew, Patricia)**

**2:17-cv-06888-SJF-AKT Notice has been electronically mailed to:**

Peter G. Siachos     psiachos@gordonrees.com, ccarmo@gordonrees.com, ctavares@gordonrees.com, lhandy@grsm.com, rweitzman@grsm.com, sflynn@grsm.com, simbornone@grsm.com, snpayne@grsm.com

Benjamin J. Wolf     bwolf@legaljones.com, benwolf@gmail.com

Jeremi L. Chylinski     jchylinski@gordonrees.com

Joseph Karl Jones     jkj@legaljones.com

**2:17-cv-06888-SJF-AKT Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLYN DOW, on behalf of herself and all others similarly situated, | Civil Case No. 2:17-cv-06888-SJF-AKT |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF SERVICE** |
| FRONTLINE ASSET STRATEGIES, INC; and JOHN DOES 1-25, | |
| Defendants. | |

I, Benjamin J. Wolf hereby certify that on this date I caused to be served the following papers:

- Letter dated April 19, 2018 enclosing the ECF notice of the Court's April 19, 2018 Order

upon:

Peter G. Siachos, Esq.
Gordon Rees Scully Mansukhani, LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
psiachos@gordonrees.com

by electronic mail and first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2018

s/ *Benjamin J. Wolf*
Benjamin J. Wolf