**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MARLYN DOW, on behalf of herself and all
others similarly situated,

                        Plaintiff,

   - against -

FRONTLINE ASSET STRATEGIES, LLC;
and JOHN DOES 1-25,

                        Defendants.
-------------------------------------------------------X

FILED
CLERK
2:40 pm, Sep 26, 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV 17-6888 (SJF)(AKT)

      An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 24, 2018, granting the defendant Frontline Asset Strategies, LLC's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that Frontline Asset Strategies, LLC's motion for judgment on the pleadings is granted; and that this case is hereby closed.

Dated: Central Islip, New York
           September 26, 2018

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                    By:    /s/ Chelsea Tirado
                                                    Deputy Clerk